## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MICHAEL T. ALTOBELLI, | : Bankruptcy No. <u>12-70309JAD</u> |
| | : |
| Debtor(s). | : Chapter 13 |
| ************************************************ | : |
| CVF III MORTGAGE LOAN TRUST II, | : |
| | : |
| Movant(s), | : |
| v. | : Related To Document Nos. 170 and 165 |
| MICHAEL T. ALTOBELLI AND | : |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE | : |
| Respondent(s). | : |

### ORDER

AND NOW, this **11th** day of **July, 2016**, It is hereby **ordered** that the *Notice of Mortgage Payment Change (Claim # 1)* filed on April 8, 2016 by U.S. Bank Trust National Association, as Trustee For CVF III Mortgage Loan Trust II is stricken. It is further **ordered** that the hearing scheduled for July 15, 2016 is cancelled, as CVF III Mortgage Loan Trust II failed to provide accounting by June 27, 2016.

_____jsf_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtor
Justin P. Schantz, Esq.
Andrew Gornall, Esq.
Ronda J. Winnecour, Esq.

FILED
7/11/16 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00018683

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael T. Altobelli  
    Debtor

Case No. 12-70309-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: amaz     Page 1 of 1     Date Rcvd: Jul 11, 2016  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.  
db           +Michael T. Altobelli,    1007 Mifflin St.,    Saxton, PA 16678-1322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     Pennymac Loan Trust 2010-NPL1 agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall     on behalf of Creditor     CVF III Mortgage Loan Trust II,  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Justin P. Schantz     on behalf of Debtor Michael T. Altobelli jschantz@my-lawyers.us,  
          colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                         TOTAL: 5