# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 12-70309-JAD |
| Michael Altobelli, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    One Main Financial
    Incorrect Address:    P.O. Box 499
    Hanover, MD 32076-0499

Corrected Address:

    Creditor Name:    One Main Financial
    Correct Address:    601 North West Second Street
    Evansville, IN 47708

Dated: October 10, 2017

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us