**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael Altobelli
          Debtors,

Case No. 12-70309-JAD

Chapter 13

Michael Altobelli,
          Movant,

v.

Docket Document No.
Related to DD No. 179

PennyMac Loan Services, LLC, U.S. Bank
Trust N.A., Shellpoint Mortgage Servicing,
CVF Mortgage Loan Trust II, LVNV Funding
LLC, Office of the United States Trustee,
OneMain Financial, Pennyman Loan Trust
2011-NPL1, Aldridge Connors LLP, Ronda J.
Winnecour Chapter 13 Trustee,
          Respondents

ORDER OF COURT

AND NOW, this ___12th___ day of ___Octh___, 2017, upon consideration

of Debtors' Motion to Reopen Bankruptcy, it is hereby ORDERED that said Motion is

GRANTED.  The above-captioned bankruptcy case is hereby re-opened, and this Court re-asserts

jurisdiction over this matter, limited to the filing and prosecution of an adversary complaint by the

Debtor and any issues related thereto.

DATE: ___10-12-2017___

BY THE COURT:

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court
Western District of Pennsylvania

FILED
10/12/17 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[1]

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-70309-JAD
Michael T. Altobelli                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1              Date Rcvd: Oct 12, 2017
                             Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db            +Michael T. Altobelli,    1007 Mifflin St.,    Saxton, PA 16678-1322
cr            +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
cr             U.S. Bank Trust National Association, as Trustee f,   c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC  29603-0826
14095630       CVF III Mortgage Loan Trust II,    c/o Shellpoint Mortgage Servicing,   PO Box 10826,
               Greenville, SC  29603-0826
13337731       One Main Financial,    601 North West Second Street,    Evansville, IN 47708
13957043      +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE THIRD FLOOR,    MOORPARK, CA 93021-2602
13441107      +PENNYMAC LOAN TRUST 2010-NPL1,,    BY PENNYMAC LOAN SERVICES,LLC,,    ITS SERVICING AGENT,
               6101 CONDOR DRIVE THIRD FLOOR,    MOORPARK, CA 93021-2602
13337732      +Pennymac Loan Services,    6101 Condor Drive,    Moorpark, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13453885       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2017 01:23:13
               LVNV Funding, LLC its successors and assigns as,   assignee of One Main Financial Inc.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CVF III Mortgage Loan Trust II,
cr             PNMAC LOAN TRUST 2010-NPL1, BY PENNYMAC LOAN SERVI
cr             Pennymac Loan Trust 2010-NPL1
                                                                          TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Pennymac Loan Trust 2010-NPL1 agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    CVF III Mortgage Loan Trust II,
               agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor Michael T. Altobelli jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 5